■ IRENE EPSTEIN, Appellant, v. MURRAY EPSTEIN, Respondent. — In an action for a judicial separation, plaintiff wife appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Queens County, entered March 5, 1965, as, granting her a separation, awarded only the sum of $150 a week for her support and maintenance. Judgment modified on the facts so as to increase the award of alimony to $250 a week. As so modified, the judgment is affirmed, insofar as appealed from, with costs to appellant. Findings of fact which may be inconsistent herewith are reversed, and new findings of fact are made as indicated herein. In our opinion, $150 a week alimony was inadequate; on this record, $250 a week alimony is a fair allowance. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THOMAS J. FIAMMETTA, as Administrator of the Estate of LUCILLE A. FIAMMETTA, Deceased, Appellant, v. JOSEPH IRACI, Respondent, et al., Defendants. — In an action to recover damages for medical malpractice, assault and breach of contract, plaintiff appeals from a judgment of the Supreme Court, Queens County, entered April 15, 1965, which dismissed the complaint as against the defendant Joseph Iraci pursuant to CPLR 3212 and severed the action against the remaining defendants. Judgment reversed, with $10 costs and disbursements, and defendant's motion for summary judgment denied. In our opinion, triable issues of fact exist. Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.